UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

IN RE:

Chapter 13
Case No. 23-35069-CGM

James A. Filardi,

Debtor.

----------------------------------------------------------X

### ORDER DISMISSING CASE

UPON the motion, dated October 17, 2023 of Thomas C. Frost, Chapter 13 trustee, (the "Trustee") seeking entry of an order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c); and due notice of the motion having been given to all necessary parties; and upon the record of the hearing held by the Court on the motion on July 30, 2024 and all of the proceedings herein; and

WHEREAS, the Debtor's proposed plan is not feasible to pay secured claims in full as required by 11 U.S.C. § 1325(a)(5), and the Debtor's supporting budget and Schedules I and J do not indicate an ability to increase the plan payments, and loss mitigation under General Order M-451 having terminated without a loan modification and, therefore, the Debtor is unable to confirm a Chapter 13 Plan; and

WHEREAS, the foregoing constitutes cause for dismissal of this Chapter 13 case; it is accordingly

ORDERED, that this Chapter 13 case be dismissed pursuant to 11 U.S.C. § 1307(c).  The Trustee shall take all actions required by such dismissal.



**/s/ Cecelia G. Morris**

**Dated: August 1, 2024**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**